UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LATHWAHN MCELROY, | Case No. 25-cv-04374-HSG |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| U.S. DISTRICT COURT EXECUTIVE OFFICIALS, et al., | |
| Defendants. | |

The Court has DISMISSED this action without prejudice.  Judgment is entered against Plaintiff and in favor of Defendants.  The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   7/10/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge